```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                         Case No. 12-00063-JJT
Randys Duran                                                   Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
```

District/off: 0314-5        User: AGarner          Page 1 of 1              Date Rcvd: Nov 21, 2016
                            Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4335239        E-mail/Text: bankruptcy.bnc@ditech.com Nov 21 2016 19:21:24     Green Tree Servicing LLC,
               PO Box 0049,    Palatine, IL 60055-0049,    Green Tree Servicing LLC,   PO Box 0049,
               Palatine, IL 60055-0049
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Jerome B Blank    on behalf of Creditor    Bank of America, N.A. pamb@fedphe.com
              Joseph P Schalk   on behalf of Creditor    Bank of America, N.A. pamb@fedphe.com
              Joseph P Schalk   on behalf of Creditor    Green Tree Servicing,LLC pamb@fedphe.com
              Joseph P Schalk   on behalf of Creditor    Green Tree Servicing LLC pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Scott R Lipson   on behalf of Creditor    Blue Mountain Health System, f/k/a Gnaden Huetten
               Memorial Hospital slipson@thslaw.com,    dbarton@thslaw.com
              Tullio  DeLuca   on behalf of Debtor Randys  Duran tullio.deluca@verizon.net
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:12-bk-00063-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Randys Duran
1009 W. 15th St.
Hazleton PA 18201

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/21/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Green Tree Servicing LLC, PO Box 0049, Palatine, IL 60055-0049, Green Tree Servicing LLC, PO Box 0049, Palatine, IL 60055-0049 | Ditech Financial LLC<br>P.O. Box 6154<br>Rapid City, SD 57709-6154<br>Ditech Financial LLC<br>P.O. Box 6154<br>Rapid City, SD 57709-6154 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/23/16

Terrence S. Miller
**CLERK OF THE COURT**