# TULLIO DeLUCA
### ATTORNEY-AT-LAW
381 N. 9ᵀᴴ STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

March 2, 2017

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: **Randys Duran**
             **Chapter 13 Bankruptcy**
             **Case No. 5-12-00063**

Dear Sir/Madam:

    I have received returned mail for **Blue Mountain Health System**, a creditor in the above-captioned bankruptcy. The incorrect address the mail was sent to was: 1611 POND RD., STE 300 ALLENTOWN, PA 18104-2258. Please be advised the correct information is as follows.

BLUE MOUNTAIN HEALTH SYSTEM

211 N 12ᵀᴴ ST.

LEHIGHTON, PA 18235

I served the **Order of Discharge** at the above address on Mar. 2, 2017.
Please correct the mailing matrix.

    Thank you for assistance in this matter.

                    Very truly yours,

                    /s/ Tullio DeLuca, Esquire

TD/th