```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                           Case No. 12-00063-JJT
Randys Duran                                                     Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5      User: AGarner      Page 1 of 1      Date Rcvd: May 18, 2017
                              Form ID: fnldec     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2017.
db         +Randys Duran,   1009 W. 15th St.,   Hazleton, PA 18201-2655

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2017 at the address(es) listed below:
             Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
             Jerome B Blank   on behalf of Creditor   Bank of America, N.A. pamb@fedphe.com
             Joseph P Schalk   on behalf of Creditor   Bank of America, N.A. pamb@fedphe.com
             Joseph P Schalk   on behalf of Creditor   Green Tree Servicing,LLC pamb@fedphe.com
             Joseph P Schalk   on behalf of Creditor   Green Tree Servicing LLC pamb@fedphe.com
             Joshua I Goldman   on behalf of Creditor   Wilmington Savings Fund Society, FSB, Et Al...
              bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
             Peter J Ashcroft   on behalf of Creditor   Green Tree Servicing LLC pashcroft@bernsteinlaw.com,
              pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com
             Scott R Lipson   on behalf of Creditor   Blue Mountain Health System, f/k/a Gnaden Huetten
              Memorial Hospital slipson@thslaw.com,   dbarton@thslaw.com
             Tullio DeLuca   on behalf of Plaintiff Randys  Duran tullio.deluca@verizon.net
             Tullio DeLuca   on behalf of Debtor Randys  Duran tullio.deluca@verizon.net
             United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                    TOTAL: 11

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Randys Duran  
aka Randy S. Duran, aka Randy Duran, dba Eddie's Auto Sales  
1009 W. 15th St.  
Hazleton, PA 18201

Chapter 13  
Case No. 5:12−bk−00063−JJT

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−5403

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: May 18, 2017

By the Court,

Honorable John J. Thomas  
United States Bankruptcy Judge  
By: AGarner, Deputy Clerk