B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania

In re Randys Duran , Case No. 12-00063

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Green Tree Servicing LLC | Beneficial Consumer Discount Company |
| --- | --- |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 c/o Green Tree Servicing LLC., 7340 S. Kyrene Rd. Tempe, Az. 85283

Court Claim # (if known): 1
Amount of Claim: $28,561.82
Date Claim Filed: 01/25/2012

Phone: 877-256-4871
Last Four Digits of Acct #: 2333

Phone:
Last Four Digits of Acct. #: 9838

Name and Address where transferee payments should be sent (if different from above):
 Green Tree Servicing LLC., PO BOX 0049
 Palatine, IL 60055-0049

Phone: 877-256-4871
Last Four Digits of Acct #: 2333

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Tony Anguiano Date: 02/06/2015
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Green Tree Servicing LLC
Asset Receivables Management
7360 South Kyrene Road
Tempe, AZ 85283-4583

+ 0486655 000044788 9GALS 0065378
RANDYS DURAN
1009 W 15TH ST
HAZLETON PA 18201-2655

Re: Loan No.:
    Property Address: 1009 W 15TH STREET
                                 HAZLETON, PA 18201

On 5/16/2014, the creditor that is the owner of your above-referenced loan changed from Beneficial Consumer Discount Company to Green Tree Servicing LLC ("Green Tree"). The sale does not change the terms of your loan or your contractual obligations as described in your mortgage loan documents.

An assignment of mortgage may be recorded in connection with the sale of your loan. If any such recording takes place, it will occur in the real property records of the county in which your mortgage was originally recorded.

In addition, the servicer of your mortgage loan has changed to Green Tree. Your loan servicer is authorized to receive all notices and to resolve issues regarding your mortgage loan including those relating to payments on your loan.

The contact information for Green Tree is:

                         Green Tree Servicing LLC
                         Attention: Customer Service
                         PO Box 6172
                         Rapid City, South Dakota 57709-6172
                         1-800-643-0202
(Hours of operation are from 7:00 a.m. to 8:00 p.m. CST, Monday through Friday,
or 7:00 a.m. to 1:00 p.m. CST, on Saturday)

Sincerely,

Green Tree
Asset Receivables Management

BANKRUPTCY NOTICE: IF YOU ARE IN BANKRUPTCY OR HAVE RECEIVED A DISCHARGE IN BANKRUPTCY, THIS INFORMATIONAL NOTICE IS NOT AN ATTEMPT TO COLLECT A DEBT. THIS IS NOT AN ATTEMPT TO COLLECT OR RECOVER ANY DEBT AS YOUR PERSONAL OBLIGATION.

404 Transfer of Ownership GT Servicer, 05/27/2014                                   LTR-60010

404 Transfer of Ownership GT Servicer, 05/27/2014                                                                                                                LTR-60010

nttrancl(04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| Randys Duran<br>aka Randy S. Duran, aka Randy Duran, dba Eddie's Auto Sales<br>Debtor(s) | Chapter | 13 |
|---|---|---|
| | Case No. | 5:12−bk−00063−JJT |

### Notice

NOTICE is hereby given that:

Transfer Agreement 3001 (e) 2 Transferor: BENEFICIAL CONSUMER DISCOUNT COMPANY (Claim No. 1) To Green Tree Servicing,LLC has been filed on **February 6, 2015** without a Waiver. Objections shall be filed with the Clerk within **twenty−three (23) days** from the date of this notice.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: AGarner |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 6, 2015 |

# Notice Recipients

District/Off: 0314−5        User: AGarner        Date Created: 2/6/2015
Case: 5:12−bk−00063−JJT     Form ID: nttrancl    Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| 4025749 | BENEFICIAL CONSUMER DISCOUNT COMPANY | 636 GRAND REGENCY BLVD | BRANDON, FL 33510 |

TOTAL: 1