```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                            Case No. 12-00063-JJT
Randys Duran                                                      Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: AGarner          Page 1 of 1          Date Rcvd: Feb 15, 2018
                         Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2018.
db        +Randys Duran,    1009 W. 15th St.,    Hazleton, PA 18201-2655

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2018 at the address(es) listed below:
       Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
       Jerome B Blank    on behalf of Creditor    Bank of America, N.A. pamb@fedphe.com
       Joseph P Schalk    on behalf of Creditor    Bank of America, N.A. pamb@fedphe.com,
       sromig@barley.com
       Joseph P Schalk    on behalf of Creditor    Green Tree Servicing,LLC pamb@fedphe.com,
       sromig@barley.com
       Joseph P Schalk    on behalf of Creditor    Green Tree Servicing LLC pamb@fedphe.com,
       sromig@barley.com
       Joshua I Goldman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...
       bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
       Lara E Shipkovitz    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
       lshipkovitz@bernsteinlaw.com,
       cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lshipkovitz@ecf.courtdrive.com;laraship@gmail.com
       Peter J Ashcroft    on behalf of Creditor    Green Tree Servicing LLC pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
       Scott R Lipson    on behalf of Creditor    Blue Mountain Health System, f/k/a Gnaden Huetten
       Memorial Hospital slipson@nmmlaw.com,   dbarton@nmmlaw.com
       Tullio  DeLuca    on behalf of Plaintiff Randys  Duran tullio.deluca@verizon.net
       Tullio  DeLuca    on behalf of Debtor 1 Randys  Duran tullio.deluca@verizon.net
       United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                                TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

**RANDYS DURAN**

\* Debtor

| | |
|---|---|
| Chapter: | 13 |
| Case Number: | 5-12-bk-00063-JJT |
| Document No.: | 71 |
| Nature of Proceeding: | Amended Application Requesting Redaction of Personal Information |

# ORDER

Upon consideration of the Amended Application Requesting Redaction filed in the above-captioned bankruptcy case by counsel for Ditech Financial LLC f/k/a Green Tree Servicing, LLC, (Doc. #71), **IT IS HEREBY**

**ORDERED** that:

1. The Clerk shall restrict access (such as restricting access through public systems) to those documents identified in the Amended Application.

2. Applicant is directed to file the redacted document on or within fourteen (14) days of the date of this Order.

By the Court,

John J. Thomas, Bankruptcy Judge (CMP)

Date: February 15, 2018

Case 5:12-bk-00063-JJT   Doc 76   Filed 02/17/18   Entered 02/18/18 00:37:12   Desc
Imaged Certificate of Notice   Page 2 of 2