UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                                               CASE NO.: 5:12-bk-00063-JJT
                                                                                          CHAPTER 13

Randys Duran
aka Randy S. Duran
aka Randy Duran
dba Eddie's Auto Sales,

       Debtor.
_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of DITECH FINANCIAL LLC ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Kevin Buttery
Kevin Buttery, Esquire
Email: kbuttery@rascrane.com

16-208491 - KeB
Duran, Randys
Request for Service

Page 1

Case 5:12-bk-00063-JJT    Doc 77    Filed 06/08/18    Entered 06/08/18 10:00:26    Desc
Main Document      Page 1 of 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 8, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

TULLIO DELUCA
381 N. 9TH AVENUE
SCRANTON, PA 18504

RANDYS DURAN
1009 W. 15TH ST.
HAZLETON, PA 18201

CHARLES J. DEHART, III (TRUSTEE)
8125 ADAMS DRIVE
SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
228 WALNUT STREET
SUITE 1190
HARRISBURG, PA 17108

        Robertson, Anschutz & Schneid, P.L.
        Authorized Agent for Secured Creditor
        6409 Congress Ave., Suite 100
        Boca Raton, FL 33487
        Telephone: 561-241-6901
        Facsimile: 561-997-6909
        By: /s/Kevin Buttery
        Kevin Buttery, Esquire
        Email: kbuttery@rascrane.com

16-208491 - KeB
Duran, Randys
Request for Service
Page 2

Case 5:12-bk-00063-JJT    Doc 77    Filed 06/08/18    Entered 06/08/18 10:00:26    Desc
Main Document    Page 2 of 2